```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

LINDA PARKER BOWMAN,            :
                                :
        Plaintiff,               :
                                :   CASE NO. 4:18-CV-88-CDL-MSH
v.                              :        Social Security Appeal
                                :
COMMISSIONER OF                 :
SOCIAL SECURITY,                :
                                :
        Defendant.              :

## ORDER

The Court, having considered Plaintiff's motion for fees (ECF No. 43) pursuant to 42 U.S.C. § 406(b)(1) and all the supporting documents annexed thereto, as well as the other related filings, including the Commissioner's response to the Court's order to clarify,

**IT IS ORDERED** that attorney fees in the amount of $15,986.00, which represents twenty-five percent of Plaintiff's retroactive benefits minus the previous award of attorney's fees under the Equal Access to Justice Act, be **GRANTED.**

SO ORDERED, this 3rd day of June, 2022.

                         S/Clay D. Land
                         CLAY D. LAND
                         UNITED STATES DISTRICT JUDGE