IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LINDA PARKER BOWMAN, | * |
| Plaintiff, | * |
| v. | Case No.  4:18-CV-88-CDL-MSH |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to the Order of this Court filed June 3, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $15,986.00.

This 3rd day of June, 2022.

David W. Bunt, Clerk

s/  Elizabeth S. Long, Deputy Clerk